# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LINA TRIVEDI,

          Plaintiff,

v.

WEB BANK,

          Defendant.

Case No. 17-CV-1526-JPS

**ORDER**

On December 16, 2017, the plaintiff filed a notice of voluntary dismissal of this action. (Docket #9). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that the plaintiff's notice of voluntary dismissal (Docket #9) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice.**

Dated at Milwaukee, Wisconsin, this 18th day of December, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge